IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**IVORY LAVAR KEYES,**

    Petitioner,

v.                                                                                              Civil Action No. **3:20CV690**

**HAROLD W. CLARKE,**

    Respondent.

## **FINAL ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation (ECF No. 21) is ACCEPTED and ADOPTED;
2. Keyes' claims and the action are DISMISSED; and,
3. The Court DENIES a certificate of appealability.

Should Keyes desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Keyes and counsel of record.

It is so ORDERED.

                                                                                      /s/
                                                                         M. Hannah Lauck
                                                                         United States District Judge

Date: August 17, 2021
Richmond, Virginia